RANDOLPH TURNER, Respondent, *v.* CHARLES E. APPLEBY, Appellant.

*Turner* v. *Appleby*, 141 App. Div. 933, affirmed.
(Argued May 6, 1912; decided May 21, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1911, affirming a judg-

ment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Alfred B. Cruikshank* for appellant.

*Charles F. Brown* and *Roderic Wellman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent: CULLEN, Ch. J.